UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CLAUDE E. DIXON,

        Defendant.
                                       /

NO. CR. S-85-70 LKK

O R D E R

    The court is in receipt of plaintiff's request for appointment of counsel.

    The request is DENIED.

    IT IS SO ORDERED.

    DATED: November 27, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1